**STATE of Missouri, Respondent,**

v.

**Keith William ACTON, Appellant.**

**No. WD 76199.**

Missouri Court of Appeals,
Western District.

June 17, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 23, 2014.

Application for Transfer Denied Sept. 30, 2014.

Kate E. Noland, Liberty, MO, for appellant.

Jonathan L. Laurans, Kansas City, MO, for respondent.

Before Division One: ALOK AHUJA, P.J., and THOMAS H. NEWTON and ANTHONY REX GABBERT, JJ.

**ORDER**

PER CURIAM:

Following a bench trial, Keith Acton was convicted in the Circuit Court of Clay County of the class A misdemeanor of child molestation. Acton appeals. He argues that the circuit court erred in excluding evidence of the victim's false accusation of rape against another male; that the circuit court erred in excluding the video-tape of the victim's forensic interview as a prior inconsistent statement; and that the competent, credible evidence was insufficient to support his conviction. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).